**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| IN THE INTEREST OF: N.L., A MINOR | : No. 184 MAL 2020 |
| | : |
| | : |
| PETITION OF: D. & E.N. | : Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |

## ORDER

**PER CURIAM**

     **AND NOW**, this 11th day of June, 2020, the Petition for Allowance of Appeal is **DENIED**.